**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| GORDON FOUNTAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  2:09-CV-6 -AGF |
| | ) | |
| CITY OF HANNIBAL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis.  Upon review of the financial affidavit, the Court has determined that plaintiff is unable to pay the filing fee.  See 28 U.S.C. § 1915.  Consequently, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint.

Dated this 4th day of June, 2009.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE