UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| GORDON FOUNTAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:09CV0006 AGF |
| ) | |
| CITY OF HANNIBAL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for a Pro Bono Neutral. Defendant has responded that it has no objection to the Court appointing a neutral.

Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for a Bro Bono Neutral is **GRANTED**. [Doc. #17]

**IT IS FURTHER ORDERED** that the Clerk's Office shall appoint an appropriate neutral to mediate this case.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of February, 2010.